**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**JOSE MANUEL ROSARIO MARRERO**          **Case No.    13-09001-BKT**

                              Chapter 13      **Attorney Name:    JUAN O CALDERON LITHGOW***

| I. Appearances | | | Date & Time:       12/4/2013 10:54:00AM |
|---|---|---|---|
| **Debtor** | **[X] Present** | **[ ] Absent** | **[X] R        [ ] NR     LV:   t.b.d.** |
| **Joint Debtor** | **[ ]Present** | **[ ] Absent** | **[X] This is debtor(s) 1 Bankruptcy filing.** |
| **Attorney for Debtor** | **[X] Present** | **[ ] Absent** | **Creditors:** |

**[ ]  Prose**

**[ ]  Appearing:**

**None**

**II. Oath Administered**
        **[X] Yes              [ ] No**

**III. Plan**

**Date:     10/30/2013          Base:      $16,800.00    Payments 0 made out of  1 due.**

**Confirmation Hearing Date:        1/10/2014  2:30:00PM**

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**
        **$3,000.00    - $400.00     = $2,600.00**

**IV. Status of Meeting**

**[X] Closed          [ ] Not Held        [ ] Held/Continued**

**[ ] Held/Not Closed**

**[ ] Continued**

**Continued Date:**

**Comments:**

**[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments**

**[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):**

**[] MTD Already filed, see Docket:**

**[ ] Other:**

MEETING OF CREDITORS

**In re:**

**JOSE MANUEL ROSARIO MARRERO**
          **Case No.**   **13-09001-BKT**

         **Chapter 13**     **Attorney Name:**   **JUAN O CALDERON LITHGOW***

---

                                                              **(Cont.)**

**Trustee's Report on Confirmation**

**[ ] FAVORABLE**

**[X] UNFAVORABLE**

| | |
|---|---|
| **[X] Feasibility** | **[ ] No provision for secured creditor(s)** |
| **[X] Insufficiently funded** | |
| **[ ] Unfair discrimination** | **[X] Tax returns missing** |
| | **[X] State  -  years2009-2010** |
| **[X] Fails disposable income** | |
| **[ ] Fails liquidation value test** | |
| **[ ] Insuarence quote** | **[ ] Federal  -  years** |

**Pending/Items/ Documents:**

| | |
|---|---|
| **[X] DSO Recipient's Information** | **[ ] Monthly reports for the months** |
| **[X] Evidence of being current with DSO** | **[ ] Public Liability Insurance** |
| | **[ ] Premises** |
| **[ ] Evidence of income** | **[ ] Vehicle(s):** |
| | **[ ] Licenses issued by:** |

REPORT OF ACTION TAKEN
**MEETING OF CREDITORS**

In re:

**JOSE MANUEL ROSARIO MARRERO**   Case No.   **13-09001-BKT**

Chapter 13   Attorney Name:   **JUAN O CALDERON LITHGOW***

---

Trustee's objection to confirmation

[X] Objection to Confirmation
[ ] Oral objection by creditor

Counsel believes that even when a truck is added to the schedules there will be a cero liquidation value. We have

to wait and see. Debtor showed evidence that he filed 2011 and 2012 state tax returns. As to 2009 and 2010 he

showed the returns but they are not stamped as filed. He also showed evidence that he filed 1040PR for 2009 thru

2012.

1. DSO Recipient's information and evidence of DSO post-petition payments has not been provided.

2. Schedule "I" does not disclose debtor's occupation, also, employer information is not listed.

3. Plan is insufficiently funded to pay priorities (IRS).          Claim 3-1 was filed with a higher amount of priority than

the amount listed in Schedule "E".

4. Debtor lives with two minors of 6 and 8 years old, Schedule "J" does not list any school expenses.

5. Debtor to justify why he include in Schedule "J"  an expense for IRS of $150.00; while Schedule "I" has a

payroll deduction for social security.

6. Provide maturity date of loan with Oriental Bank. If loan matures during the life of plan debtor should provide a

step-up payment of $468.00.

States that first payment is in the mail.

The following party(ies) object(s) confirmation:

---

s/Alejandro Oliveras                               Date:   **12/04/2013**

**Trustee/Presiding Officer**                                              (Rev. 05/13)